# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| CORNELIUS WREN on Behalf of Himself and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> GCB SERVICES, LLC, <br><br> Defendant. | § § § § § § § § § § § § § § CIVIL ACTION NO. 1:18-cv-168-LMB/MSN |

## PLAINTIFF'S CONSENT MOTION FOR APPROVAL OF SETTLEMENT

Plaintiff Cornelius Wren ("Plaintiff"), by and through counsel, on behalf of himself and others similarly situated ("Plaintiffs") and with the consent of Defendant GCB Services, LLC ("Defendant") (collectively, "Parties") respectfully moves this Court to grant Plaintiff's Consent Motion for Approval of Settlement.

The grounds and authorities in support of this Motion are set forth in the supporting Memorandum contemporaneously filed.

    Respectfully submitted,

    KENNEDY HODGES, L.L.P.

    By: /s/ Gabriel A. Assaad
    Gabriel A. Assaad
    GAssaad@kennedyhodges.com
    Virginia Bar No. 46621
    4409 Montrose Blvd., Ste. 200
    Houston, TX 77006
    Telephone: (713) 523-0001
    Facsimile: (713) 523-1116

    AND

By: */s/ Don Foty*
Don J. Foty
DFoty@kennedyhodges.com
Texas State Bar No. 24050022
4409 Montrose Blvd, Suite 200
Houston, TX 77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116

### CERTIFICATE OF SERVICE

I certify that on November 9, 2018 I filed this motion through the Eastern District of Virginia's CM/ECF system which will serve an electronic copy on all parties of record.

*/s/ Don J. Foty*
Don J. Foty