IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

CORNELIUS WREN, on Behalf of Himself )
and All Others Similarly Situated, )
)
Plaintiff, )
) No. 1:18-cv-168 (LMB/MSN)
v. )
)
GCB SERVICES, LLC, )
)
Defendant. )

ORDER

For the reasons stated by the parties in their written submissions and during the hearing on November 27, 2018, it is hereby

ORDERED that the plaintiff's Consent Motion for Approval of Settlement [Dkt. No. 142] be and is GRANTED.

The Clerk is directed to forward copies of this Order to counsel of record and to close this civil action.

Entered this 27 day of November, 2018.

Alexandria, Virginia

/s/
_____
Leonie M. Brinkema
**United States District Judge**